UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) 3:19-CR-207 |
| | ) JUDGES Varlan/Guyton |
| KELLY D. FOSTER, | ) |
| ▮▮▮▮▮▮▮▮▮▮ | ) |
| | ) |
| | ) |
| RHONDA M. DUKES | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about May 2018, through on or about April 23, 2019, within the Eastern District of Tennessee and elsewhere, the defendants, KELLY D. FOSTER, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮, and RHONDA M. DUKES, and the following co-conspirators named as defendants in a separate Superseding Indictment, Damion E. Knox, a/k/a "Fuji," Darnez Turner, a/k/a "DT," Jeremiah I. Johnson, a/k/a "Squirrel," Papa C. Diop, Stephanie M. Hatmaker, a/k/a "Boodles," Chasity M. Anderson, Tanya L. Chambers, a/k/a "Tanya Galyon," Steven Goforth, Joshua H. Cooper, Virgil L. Crawford, Nathan S. Rogers, Jessica L. Bouvier, Stephen M. Bouvier, Jama M. Collier, Tina D. Berry, Shadeja T. Chandler, a/k/a "Lola," Jerry J. Jordan, Maranda M. Jordan, Ciara M. Reynolds, Darron D. Blackwell, a/k/a "Dee Parker," Dionessa K. Tippins, Tabetha L. Davila, and Darius L. Knox, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate, and agree with one another and others to knowingly, intentionally and without authority, distribute and possess

1

with intent to distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## Drug Trafficking Forfeiture Allegations

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and/or 841, the defendants, KELLY D. FOSTER, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and RHONDA M. DUKES, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

### Money Judgment

Proceeds the defendants, KELLY D. FOSTER, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and RHONDA M. DUKES, personally obtained as a result of the violations of Title 21, United States Code, Sections 841 and/or 846 from the sale of fentanyl and heroin.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

2

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

BRENT N. JONES
Assistant United States Attorney

LATOYIA T. CARPENTER
Assistant United States Attorney

3